# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BALDERAS, ERNESTO, JR § Case No. 08-70911
   BALDERAS, VERONICA §
   §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 28, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $  11,012.89

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 24.71 |
| Bank service fees | 21.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 10,967.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/24/2008 and the deadline for filing governmental claims was 09/24/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,851.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,851.29, for a total compensation of $1,851.29.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/29/2011          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Period Ending:** 08/26/11

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/08 (f)  
**§341(a) Meeting Date:** 05/08/08  
**Claims Bar Date:** 09/24/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | -550 Spruce Street .4.2-Aurora, IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | wareSilverleaf time share, SoSheridan, IL | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | -200Summer Bay time share, 19Florida, 190,000 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account<br>Order to abandoned was entered on 8/10/11 | 83.00 | 2,609.00 | OA | 56.00 | FA |
| 5 | account America Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | account Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous household goods and furnishings | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry Debtors' possession | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous sports equipment | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | Teamsters pension-defined benefits; no cash valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401(k) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 100% stock holder of Algonquin Top Care | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Workman's comp. claim against Plote Construction | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Dodge van; 100,000 miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1992 Chevrolet truck; 130,000 miles Debtors' pos | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2005 Maxwell 12 x 8 trailer possession | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Computer possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Undisclosed Tax Refund (u) | 0.00 | 10,844.00 | | 10,844.00 | FA |
| 20 | 4 Walnut Lane Algonquin | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.89 | Unknown |
| 21 | Assets    Totals (Excluding unknown values) | **$206,573.00** | **$13,453.00** | | **$10,912.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING CONVERTED FUNDS FROM DEBTOR. DEBTORS CONTINUE TO PAY. NO OTHER CHANGES FROM PRIOR REPORTING PERIOD.

Printed: 08/26/2011 02:14 PM    V.12.57

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Period Ending:** 08/26/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/08 (f)  
**§341(a) Meeting Date:** 05/08/08  
**Claims Bar Date:** 09/24/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009   **Current Projected Date Of Final Report (TFR):** December 31, 2011

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 08/26/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/04/08 | {19} | VERONICA BALDERAS | UNDISCLOSED INCOME TAX REFUND | 1224-000 | 5,000.00 | | 5,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.65 | | 5,000.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.96 | | 5,001.61 |
| 11/26/08 | {19} | ERNESTO BALDERAS | TAX REFUND | 1224-000 | 3,000.00 | | 8,001.61 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.59 | | 8,002.20 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.68 | | 8,002.88 |
| 01/26/09 | {19} | VERONICA BALDERAS | 2007 TAX REFUND | 1224-000 | 200.00 | | 8,202.88 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.39 | | 8,203.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.37 | | 8,203.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.43 | | 8,204.07 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.40 | | 8,204.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.39 | | 8,204.86 |
| 06/10/09 | {19} | BANK OF AMERICA | Tax Refund of Debtor | 1224-000 | 200.00 | | 8,404.86 |
| 06/17/09 | {19} | BANK OF AMERICA | Tax Refund | 1224-000 | 200.00 | | 8,604.86 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.44 | | 8,605.30 |
| 07/03/09 | {19} | Ernesto Balderas | Tax Refund of Debtor | 1224-000 | 200.00 | | 8,805.30 |
| 07/13/09 | {19} | Ernesto Balderas | Pymt on Tax Refund | 1224-000 | 200.00 | | 9,005.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.45 | | 9,005.75 |
| 08/04/09 | {19} | Ernesto Balderas | Tax refund of Debtor | 1224-000 | 200.00 | | 9,205.75 |
| 08/06/09 | {19} | Ernest Balderas | Tax Refund of Debtor | 1224-000 | 200.00 | | 9,405.75 |
| 08/13/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-70911, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 6.48 | 9,399.27 |
| 08/24/09 | {19} | Ernesto Balderas | Tax Refund of Debtor. | 1224-000 | 100.00 | | 9,499.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.47 | | 9,499.74 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 9,500.19 |
| 10/09/09 | {19} | Ernesto Balderas | Payment on Tax Refund | 1224-000 | 300.00 | | 9,800.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,800.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,800.99 |
| 12/11/09 | {19} | Ernesto Balderas, Jr. | | 1224-000 | 50.00 | | 9,850.99 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,851.40 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,851.78 |
| 02/10/10 | {19} | Ernesto Balderas | Pymt of undisclosed funds | 1224-000 | 100.00 | | 9,951.78 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,952.15 |
| 03/22/10 | {19} | Ernesto Balderas | Repayment of Undisclosed Tax Refund | 1224-000 | 100.00 | | 10,052.15 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,052.59 |

Subtotals: $10,059.07 $6.48

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
    BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 08/26/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 10,052.65 |
| 04/06/10 | | Wire out to BNYM account 9200******4565 | Wire out to BNYM account 9200******4565 | 9999-000 | -10,052.65 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6.48 | 6.48 | **$0.00** |
| | | | Less: Bank Transfers | | -10,052.65 | 0.00 | |
| | | | **Subtotal** | | 10,059.13 | 6.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,059.13** | **$6.48** | |

{} Asset reference(s)

Printed: 08/26/2011 02:14 PM    V.12.57

Case 08-70911   Doc 46   Filed 09/06/11   Entered 09/06/11 16:06:54   Desc Main
Document      Page 7 of 12

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 08/26/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | 9999-000 | 10,052.65 | | 10,052.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 10,053.07 |
| 05/13/10 | | Ernesto Balderas, Jr. | Pymt on Undisclosed 2008 Tax Refund | 1224-000 | 100.00 | | 10,153.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 10,153.67 |
| 06/03/10 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #08-70911, BOND #016018067 | 2300-000 | | 8.02 | 10,145.65 |
| 06/08/10 | {19} | Ernesto Balderas | Payment on Undisclosed Tax Refund 2008 | 1224-000 | 100.00 | | 10,245.65 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.59 | | 10,246.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.61 | | 10,246.85 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.60 | | 10,247.45 |
| 09/08/10 | {19} | Ernesto Balderas | Pymt on Undisclosed Tax Refund | 1224-000 | 100.00 | | 10,347.45 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,347.53 |
| 10/01/10 | {19} | Ernesto Balderas | Pymt on Non-disclosed Taxes | 1224-000 | 100.00 | | 10,447.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,447.61 |
| 11/01/10 | {19} | Ernesto Balderas | Pymt on Undisclosed taxes | 1224-000 | 100.00 | | 10,547.61 |
| 11/16/10 | {19} | Ernesto Balderas | Payment on Undisclosed Taxes | 1224-000 | 50.00 | | 10,597.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,597.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.78 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,597.87 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,597.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,598.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,598.12 |
| 05/20/11 | {19} | Ernesto Balderas | Pymt on Undisclosed taxes | 1224-000 | 200.00 | | 10,798.12 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,798.21 |
| 06/01/11 | | Ernesto Balderas | Pymt on undisclosed taxes | | 200.00 | | 10,998.21 |
| | {19} | | | 144.00 | 1224-000 | | 10,998.21 |
| | {4} | | | 56.00 | 1129-000 | | 10,998.21 |
| 06/02/11 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #08-70911, BOND #016018067 | 2300-000 | | 10.21 | 10,988.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,988.09 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,988.18 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.07 | 10,967.11 |

Subtotals : $11,006.41   $39.30

{} Asset reference(s)                                                            Printed: 08/26/2011 02:14 PM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 08/26/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,006.41 | 39.30 | $10,967.11 |
| | | | Less: Bank Transfers | | 10,052.65 | 0.00 | |
| | | | **Subtotal** | | 953.76 | 39.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$953.76** | **$39.30** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****45-65** | 10,059.13 | 6.48 | 0.00 |
| **MMA # 9200-******45-65** | 953.76 | 39.30 | 10,967.11 |
| | $11,012.89 | $45.78 | $10,967.11 |

{} Asset reference(s)   Printed: 08/26/2011 02:14 PM   V.12.57

# Claims Proposed Distribution

### Case: 08-70911   BALDERAS, ERNESTO, JR

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $10,967.11 | **Total Proposed Payment:** | $10,967.11 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 51.01 | 51.01 | 0.00 | 51.01 | 51.01 | 10,916.10 |
| | BERNARD J. NATALE, LTD. <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 5,815.25 | 5,815.25 | 0.00 | 5,815.25 | 5,815.25 | 5,100.85 |
| | BERNARD J. NATALE <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,851.29 | 1,851.29 | 0.00 | 1,851.29 | 1,851.29 | 3,249.56 |
| 2 | Roundup Funding, LLC | Unsecured | 1,512.05 | 1,512.05 | 0.00 | 1,512.05 | 685.70 | 2,563.86 |
| 3 | Roundup Funding, LLC | Unsecured | 2,165.16 | 2,165.16 | 0.00 | 2,165.16 | 981.88 | 1,581.98 |
| 4 | PYOD LLC assignee of Citibank | Unsecured | 2,447.22 | 2,447.22 | 0.00 | 2,447.22 | 1,109.79 | 472.19 |
| 5 | LVNV Funding LLC | Unsecured | 1,041.23 | 1,041.23 | 0.00 | 1,041.23 | 472.19 | 0.00 |
| | **Total for Case 08-70911 :** | | **$14,883.21** | **$14,883.21** | **$0.00** | **$14,883.21** | **$10,967.11** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $7,717.55 | $7,717.55 | $0.00 | $7,717.55 | 100.000000% |
| **Total Unsecured Claims :** | $7,165.66 | $7,165.66 | $0.00 | $3,249.56 | 45.349068% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70911
Case Name: BALDERAS, ERNESTO, JR
Trustee Name: BERNARD J. NATALE

**Balance on hand:**  $        10,967.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $        10,967.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,851.29 | 0.00 | 1,851.29 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,815.25 | 0.00 | 5,815.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 51.01 | 0.00 | 51.01 |

Total to be paid for chapter 7 administration expenses:   $        7,717.55
Remaining balance:   $        3,249.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $        3,249.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Veronica Balderas | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,249.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,165.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Roundup Funding, LLC | 1,512.05 | 0.00 | 685.70 |
| 3 | Roundup Funding, LLC | 2,165.16 | 0.00 | 981.88 |
| 4 | PYOD LLC assignee of Citibank | 2,447.22 | 0.00 | 1,109.79 |
| 5 | LVNV Funding LLC | 1,041.23 | 0.00 | 472.19 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,249.56 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**