**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BALDERAS, ERNESTO, JR § | Case No. 08-70911 |
| BALDERAS, VERONICA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/28/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/29/2011            By:  /s/BERNARD J. NATALE
                                                                                   Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BALDERAS, ERNESTO, JR § Case No. 08-70911
BALDERAS, VERONICA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 11,012.89 |
| *and approved disbursements of* | $ 45.78 |
| *leaving a balance on hand of* [1] | $ 10,967.11 |
| **Balance on hand:** | $ 10,967.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,967.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,851.29 | 0.00 | 1,851.29 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,815.25 | 0.00 | 5,815.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 51.01 | 0.00 | 51.01 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 7,717.55 |
| Remaining balance: | $ 3,249.56 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,249.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Veronica Balderas | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,249.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,165.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Roundup Funding, LLC | 1,512.05 | 0.00 | 685.70 |
| 3 | Roundup Funding, LLC | 2,165.16 | 0.00 | 981.88 |
| 4 | PYOD LLC assignee of Citibank | 2,447.22 | 0.00 | 1,109.79 |
| 5 | LVNV Funding LLC | 1,041.23 | 0.00 | 472.19 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,249.56 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-70911-MB
Ernesto Balderas                                                Chapter 7
Veronica Balderas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Sep 07, 2011
                              Form ID: pdf006             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
```
db         +Ernesto Balderas, Jr,    4 Walnut Lane,    Algonquin, IL 60102-3030
jdb        +Veronica Balderas,    4 Walnut Lane,    Algonquin, IL 60102-3030
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
aty        +Richard T Jones,   666 Russel Court, #214,    Woodstock, IL 60098-2671
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
12090644   +ACL Laboratories,    Post Office Box 27901,    West Allis, WI 53227-0901
12090648   +AMC Mortgage,    c/o Pierce and Associates,    1 North Dearborn,    Chicago, IL 60602-4331
12090645   +Advanced OB/GYN,    c/o Credit Management Serv.,    25 NW Point Blvd., #750,
             Elk Grove Village, IL 60007-1058
12090646   +Allstate Insurance Co.,    c/o Bruce K. Shapiro,    555 Skokie Blvd., #500,
             Northbrook, Illinois 60062-2845
12090650   +American Servicing,    7495 New Horizon Way,    Frederick, MD 21703-8388
12353625    Amoco-BP Oil,    P O Box 9014,   Des Moines, IA 50368-9014
12353626    BP-Fleet,    c/o Weltman, Weinberg et al,    323 W Lakeside Ave #200,    Cleveland, OH 44113-1099
12090653   +Blockbuster Video,    208 N. Randal,    Lake in the Hills, IL 60156-5943
12090655   +Centegra Health System,    Post Office Box 1990,    Woodstock, Illinois 60098-1990
12090656   +Citicard,    c/o Client Services,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-4047
12090657    Citicard,    Post Office Box 6077,    Sioux Falls, SD 57117-6077
12090658    Credit One Bank,    Post Office Box 60500,    City of Industry, CA 91716-0500
12090659   +Depend On Collection,    7627 W. Lake Street, #210,    River Forest, IL 60305-1878
12090660   +Dr. Narula,    2971 W. Algonquin,    Algonquin, IL 60102-9407
12090661    First Premier Bank,    Bankruptcy Department,    Post Office Box 5524,    Sioux Falls, SD 57117-5524
12090662    Ford Motor Credit Company,    1901 N. Roselle Rd, #610,    Schaumburg, Illinois 60195-3184
12090666   +Greater Elgin Emergency Spec.,    Post Office Box 88335, Dept. 2045,    Carol Stream, IL 60188-0335
12090668    HSBC Mortgage Service,    Post Office Box 17580,    Baltimore, MD 21297-1580
12090669   +KCA Financial,    628 North Street,    Geneva, IL 60134-1356
12090670   +Lake Barrington Women's Health Care,    22285 pepper Rd., #111,    Lake Barrington, IL 60010-2539
12090672    MBNA,    Post Office Box 15026,    Wilmington, DE 19850-5026
12090673   +Medical Center Anesthesia, Ltd.,    Post Office Box 967,    Woodstock, Illinois 60098-0967
12353627   +National City Card Service,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
12090675   +Northwest Primarey Care,    4900 S. Route 31, #117,    Crystal Lake, IL 60012-3706
12090676   +Northwest Suburban,    34659 Eagle Way,    Chicago, Illinois 60678-1346
12090677   +Northwest Suburban Imaging,    34659 Eagle Way,    Chicago, Illinois 60678-1346
12090678   +Physician Anesthesia,    Dept. 4330,    Carol Stream, IL 60122-0001
12090679    Saxon Mortgage,    Post Office Box 161489,    Ft. Worth, TX 76161-1489
12090680   +Sheffield Financial,    c/o Caine & Weiner,    3550 Buschwood Park Dr.,    Tampa, FL 33618-4461
12090681   +Sherman Hospital,    934 Center Street,    Elgin, Illinois 60120-2125
12090682    Silverleaf Resorts, Inc.,    Post Office Box 358,    Dallas, TX 75221
12090683   +Slim & Fit Silhouette,    c/o SKO Brenner America,    40 Daniel Street, Box 230,
             Farmingdale, NY 11735-1308
12090685   +Sprint,    c/o GC Services,    Post Office Box 2667,    Houston, TX 77252-2667
12090684   +Sprint,    c/o First Revenue Assurance,    Post Office Box 3020,    Alburquerque, NM 87190-3020
12090686   +Sprint PCS,    Customer Care,    Post Office Box 8077,    London, KY 40742-8077
12090687   +St. Joseph Hospital,    77 North Airlite Street,    Elgin, Illinois 60123-4998
12090688    Summer Bay Partnership,    c/o Paul M. Caldwell, Attorney,    Post Office Box 120069,
             Clemont, FL 34712-0069
12090689   +US Bank,    c/o Codilis & Associates,    15W030 N. Frontage Rd., #100,    Burr Ridge, IL 60527-6921
12144483   +Veronica Balderas,    Bruce K. Shaprio Esq,    555 N Skokie Blvd, Ste 500,
             Northbrook, IL 60062-2845
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12090649    Fax: 703-433-7292 Sep 08 2011 03:11:18     America On Line,    GPO,    Post Office Box 29593,
             New York, NY 10087-9593
12090654   +E-mail/Text: jpietig@aamsonline.com Sep 08 2011 03:06:18     Centegra Health System,    c/o AAMS,
             Post Office Box 65576,    W. Des Moines, IA 50265-0576
12090663    E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:24     GE Money Bank,
             Post Office Box 981127,    El Paso, TX 79998-1127
12090667   +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2011 04:04:25     Home Depot,
             Monogram Credit Card Bk of GA,    7840 Roswell Rd., Bldg. 100, #210,
             Atlanta, Georgia 30350-6877
12532124    E-mail/Text: resurgentbknotifications@resurgent.com Sep 08 2011 02:12:45     LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12090674   +Fax: 847-227-2151 Sep 08 2011 03:01:14     MRSI,    2250 E. Devon, #352,
             Des Plaines, IL 60018-4521
12373843    E-mail/Text: resurgentbknotifications@resurgent.com Sep 08 2011 02:12:45
             PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
12368553    E-mail/PDF: BNCEmails@blinellc.com Sep 08 2011 04:02:12     Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

```
District/off: 0752-3            User: lorsmith              Page 2 of 2                  Date Rcvd: Sep 07, 2011
                                Form ID: pdf006             Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12090647   ##+AMC Mortgage,   505 City Parkway, West,   Orange, CA 92868-2927
12090651   ##+Associated Physicians,   373 Summit, #101,   Elgin, IL 60120-3748
12090652    ##Bank of America,   Recovery Department,   Post Office Box 2278,   Norfolk, VA 23501-2278
12090665    ##GMAC,   Post Office Box 2150,   Greeley, CO 80632-2150
12090664   ##+Global Teldata,   4700 N. Ravenswood,   Chicago, IL 60640-4408
12090671   ##+Lou Harris & Co.,   Post Office Box 977,   Northbrook, IL 60065-0977
                                                                                          TOTALS: 0, * 1, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                    **Signature:**    *Joseph Speetjens*