# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 08-70911  
**Debtor Name:** BALDERAS, ERNESTO, JR  

Page: 1

**Date:** September 28, 2011  
**Time:** 11:56:44 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $10,967.28 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 51.01 | 0.00 | 51.01 | 51.01 | 10,916.27 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 5,815.25 | 0.00 | 5,815.25 | 5,815.25 | 5,101.02 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,851.29 | 0.00 | 1,851.29 | 1,851.29 | 3,249.73 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 7,717.55 | 0.00 | 7,717.55 | 7,717.55 | |
| 1 | Veronica Balderas | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 3,249.73 |
| | SUBTOTAL FOR | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2 | Roundup Funding, LLC | Unsecured | 1,512.05 | 0.00 | 1,512.05 | 685.74 | 2,563.99 |
| 3 | Roundup Funding, LLC | Unsecured | 2,165.16 | 0.00 | 2,165.16 | 981.93 | 1,582.06 |
| 4 | PYOD LLC assignee of Citibank | Unsecured | 2,447.22 | 0.00 | 2,447.22 | 1,109.85 | 472.21 |
| 5 | LVNV Funding LLC | Unsecured | 1,041.23 | 0.00 | 1,041.23 | 472.21 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 7,165.66 | 0.00 | 7,165.66 | 3,249.73 | |
| **<< Totals >>** | | | 14,883.21 | 0.00 | 14,883.21 | 10,967.28 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**         100.000000%  
**Priority**                   0.000000%  
**Unsecured**                  45.351440%