**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BALDERAS, ERNESTO, JR | § Case No. 08-70911 |
| BALDERAS, VERONICA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $206,573.00 | Assets Exempt:  $16,573.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $3,249.73 | Claims Discharged Without Payment:  $211,439.80 |
| Total Expenses of Administration: $7,763.33 | |

   3) Total gross receipts of $    11,013.06    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of $11,013.06
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $448,730.65 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,763.33 | 7,763.33 | 7,763.33 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,144.86 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 212,283.25 | 7,165.66 | 7,165.66 | 3,249.73 |
| **TOTAL DISBURSEMENTS** | $661,013.90 | $16,073.85 | $14,928.99 | $11,013.06 |

4) This case was originally filed under Chapter 7 on March 28, 2008. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011        By: /s/BERNARD J. NATALE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pymt on Undisclosed 2008 Tax Refund | 1224-000 | 100.00 |
| Checking account | 1129-000 | 56.00 |
| Undisclosed Tax Refund | 1224-000 | 10,844.00 |
| Interest Income | 1270-000 | 13.06 |
| **TOTAL GROSS RECEIPTS** | | **$11,013.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Saxon Mortgage | 4110-000 | 211,500.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Mortgage Service | 4110-000 | 29,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts, Inc. | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Summer Bay Partnership c/o Paul M. Caldwell, Attorney | 4110-000 | 8,247.65 | N/A | N/A | 0.00 |
| NOTFILED | AMC Mortgage c/o Pierce and Associates | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AMC Mortgage | 4110-000 | 187,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$448,730.65** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 51.01 | 51.01 | 51.01 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,815.25 | 5,815.25 | 5,815.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,851.29 | 1,851.29 | 1,851.29 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.48 | 6.48 | 6.48 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.02 | 8.02 | 8.02 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 10.21 | 10.21 | 10.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 21.07 | 21.07 | 21.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,763.33 | 7,763.33 | 7,763.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Veronica Balderas | 5800-000 | N/A | 1,144.86 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,144.86 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Roundup Funding, LLC | 7100-000 | 1,512.05 | 1,512.05 | 1,512.05 | 685.74 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 2,165.16 | 2,165.16 | 981.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PYOD LLC assignee of Citibank | 7100-000 | 2,270.33 | 2,447.22 | 2,447.22 | 1,109.85 |
| 5 | LVNV Funding LLC | 7100-000 | 977.00 | 1,041.23 | 1,041.23 | 472.21 |
| NOTFILED | Medical Center Anesthesia, Ltd. | 7100-000 | 424.50 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Primarey Care | 7100-000 | 24.40 | N/A | N/A | 0.00 |
| NOTFILED | MRSI | 7100-000 | 228.70 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburban | 7100-000 | 233.40 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial | 7100-000 | 79.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 1,263.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake Barrington Women's Health Care | 7100-000 | 43.20 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris & Co. | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburban Imaging | 7100-000 | 19.80 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o GC Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint PCS Customer Care | 7100-000 | 292.74 | N/A | N/A | 0.00 |
| NOTFILED | US Bank c/o Codilis & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | St. Joseph Hospital | 7100-000 | 31.16 | N/A | N/A | 0.00 |
| NOTFILED | Sprint PCS Customer Care | 7100-000 | 772.32 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o First Revenue Assurance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Monogram Credit Card Bk of GA | 7100-000 | 2,447.22 | N/A | N/A | 0.00 |
| NOTFILED | Sheffield Financial c/o Caine & Weiner | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Slim & Fit Silhouette c/o SKO Brenner America | 7100-000 | 34.88 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 531.39 | N/A | N/A | 0.00 |
| NOTFILED | Physician Anesthesia | 7100-000 | 61.60 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Narula | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Greater Elgin Emergency Spec. | 7100-000 | 25.60 | N/A | N/A | 0.00 |
| NOTFILED | Advanced OB/GYN c/o Credit Management Serv. | 7100-000 | 584.20 | N/A | N/A | 0.00 |
| NOTFILED | America On Line GPO | 7100-000 | 51.80 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Insurance Co. c/o Bruce K. Shapiro | 7100-000 | 1,257.21 | N/A | N/A | 0.00 |
| NOTFILED | ACL Laboratories | 7100-000 | 20.84 | N/A | N/A | 0.00 |
| NOTFILED | American Servicing | 7100-000 | 178,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Blockbuster Video | 7100-000 | 156.16 | N/A | N/A | 0.00 |
| NOTFILED | Associated Physicians | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Global Teldata | 7100-000 | 156.24 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 5,835.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank Bankruptcy Department | 7100-000 | 350.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Depend On Collection | 7100-000 | 489.05 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System c/o AAMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citicard c/o Client Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 467.16 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 3,128.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 212,283.25 | 7,165.66 | 7,165.66 | 3,249.73 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Period Ending:** 12/07/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/08 (f)  
**§341(a) Meeting Date:** 05/08/08  
**Claims Bar Date:** 09/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | -550 Spruce Street .4.2-Aurora, IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | wareSilverleaf time share, SoSheridan, IL | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | -200Summer Bay time share, 19Florida, 190,000 | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account<br>Order to abandoned was entered on 8/10/11 | 83.00 | 2,609.00 | OA | 56.00 | FA |
| 5 | account America Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | account Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous household goods and furnishings | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Necessary wearing apparel possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry Debtors' possession | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous sports equipment | 40.00 | 0.00 | DA | 0.00 | FA |
| 11 | Teamsters pension-defined benefits; no cash valu | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401(k) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 100% stock holder of Algonquin Top Care | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Workman's comp. claim against Plote Construction | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Dodge van; 100,000 miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1992 Chevrolet truck; 130,000 miles Debtors' pos | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2005 Maxwell 12 x 8 trailer possession | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Computer possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Undisclosed Tax Refund (u) | 0.00 | 10,844.00 | | 10,844.00 | FA |
| 20 | 4 Walnut Lane Algonquin | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.06 | FA |
| 21 | Assets   Totals (Excluding unknown values) | **$206,573.00** | **$13,453.00** | | **$10,913.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE COLLECTING CONVERTED FUNDS FROM DEBTOR. DEBTORS CONTINUE TO PAY. NO OTHER CHANGES FROM PRIOR REPORTING PERIOD.

Printed: 12/07/2011 12:46 PM     V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70911
**Case Name:** BALDERAS, ERNESTO, JR
BALDERAS, VERONICA
**Period Ending:** 12/07/11

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 03/28/08 (f)
**§341(a) Meeting Date:** 05/08/08
**Claims Bar Date:** 09/24/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009   **Current Projected Date Of Final Report (TFR):** August 29, 2011 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/04/08 | {19} | VERONICA BALDERAS | UNDISCLOSED INCOME TAX REFUND | 1224-000 | 5,000.00 | | 5,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.65 | | 5,000.65 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.96 | | 5,001.61 |
| 11/26/08 | {19} | ERNESTO BALDERAS | TAX REFUND | 1224-000 | 3,000.00 | | 8,001.61 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.59 | | 8,002.20 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.68 | | 8,002.88 |
| 01/26/09 | {19} | VERONICA BALDERAS | 2007 TAX REFUND | 1224-000 | 200.00 | | 8,202.88 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.39 | | 8,203.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.37 | | 8,203.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.43 | | 8,204.07 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.40 | | 8,204.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.39 | | 8,204.86 |
| 06/10/09 | {19} | BANK OF AMERICA | Tax Refund of Debtor | 1224-000 | 200.00 | | 8,404.86 |
| 06/17/09 | {19} | BANK OF AMERICA | Tax Refund | 1224-000 | 200.00 | | 8,604.86 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.44 | | 8,605.30 |
| 07/03/09 | {19} | Ernesto Balderas | Tax Refund of Debtor | 1224-000 | 200.00 | | 8,805.30 |
| 07/13/09 | {19} | Ernesto Balderas | Pymt on Tax Refund | 1224-000 | 200.00 | | 9,005.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.45 | | 9,005.75 |
| 08/04/09 | {19} | Ernesto Balderas | Tax refund of Debtor | 1224-000 | 200.00 | | 9,205.75 |
| 08/06/09 | {19} | Ernest Balderas | Tax Refund of Debtor | 1224-000 | 200.00 | | 9,405.75 |
| 08/13/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-70911, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 6.48 | 9,399.27 |
| 08/24/09 | {19} | Ernesto Balderas | Tax Refund of Debtor. | 1224-000 | 100.00 | | 9,499.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.47 | | 9,499.74 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 9,500.19 |
| 10/09/09 | {19} | Ernesto Balderas | Payment on Tax Refund | 1224-000 | 300.00 | | 9,800.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,800.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,800.99 |
| 12/11/09 | {19} | Ernesto Balderas, Jr. | | 1224-000 | 50.00 | | 9,850.99 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,851.40 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,851.78 |
| 02/10/10 | {19} | Ernesto Balderas | Pymt of undisclosed funds | 1224-000 | 100.00 | | 9,951.78 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,952.15 |
| 03/22/10 | {19} | Ernesto Balderas | Repayment of Undisclosed Tax Refund | 1224-000 | 100.00 | | 10,052.15 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,052.59 |

Subtotals :    $10,059.07    $6.48

{} Asset reference(s)

Printed: 12/07/2011 12:46 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.06 | | 10,052.65 |
| 04/06/10 | | Wire out to BNYM account 9200******4565 | Wire out to BNYM account 9200******4565 | 9999-000 | -10,052.65 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6.48 | 6.48 | **$0.00** |
| | | | Less: Bank Transfers | | -10,052.65 | 0.00 | |
| | | | **Subtotal** | | 10,059.13 | 6.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,059.13** | **$6.48** | |

{} Asset reference(s)

Printed: 12/07/2011 12:46 PM    V.12.57

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | Wire in from JPMorgan Chase Bank, N.A. account ********4565 | 9999-000 | 10,052.65 | | 10,052.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.42 | | 10,053.07 |
| 05/13/10 | | Ernesto Balderas, Jr. | Pymt on Undisclosed 2008 Tax Refund | 1224-000 | 100.00 | | 10,153.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.60 | | 10,153.67 |
| 06/03/10 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #08-70911, BOND #016018067 | 2300-000 | | 8.02 | 10,145.65 |
| 06/08/10 | {19} | Ernesto Balderas | Payment on Undisclosed Tax Refund 2008 | 1224-000 | 100.00 | | 10,245.65 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.59 | | 10,246.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.61 | | 10,246.85 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.60 | | 10,247.45 |
| 09/08/10 | {19} | Ernesto Balderas | Pymt on Undisclosed Tax Refund | 1224-000 | 100.00 | | 10,347.45 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,347.53 |
| 10/01/10 | {19} | Ernesto Balderas | Pymt on Non-disclosed Taxes | 1224-000 | 100.00 | | 10,447.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,447.61 |
| 11/01/10 | {19} | Ernesto Balderas | Pymt on Undisclosed taxes | 1224-000 | 100.00 | | 10,547.61 |
| 11/16/10 | {19} | Ernesto Balderas | Payment on Undisclosed Taxes | 1224-000 | 50.00 | | 10,597.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,597.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,597.78 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,597.87 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,597.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,598.04 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,598.12 |
| 05/20/11 | {19} | Ernesto Balderas | Pymt on Undisclosed taxes | 1224-000 | 200.00 | | 10,798.12 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,798.21 |
| 06/01/11 | | Ernesto Balderas | Pymt on undisclosed taxes | | 200.00 | | 10,998.21 |
| | {19} | | | 144.00 | 1224-000 | | 10,998.21 |
| | {4} | | | 56.00 | 1129-000 | | 10,998.21 |
| 06/02/11 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #08-70911, BOND #016018067 | 2300-000 | | 10.21 | 10,988.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,988.09 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,988.18 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.07 | 10,967.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,967.20 |
| 09/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 10,967.28 |

Subtotals :    $11,006.58    $39.30

{} Asset reference(s)    Printed: 12/07/2011 12:46 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-70911  
**Case Name:** BALDERAS, ERNESTO, JR  
BALDERAS, VERONICA  
**Taxpayer ID #:** **-***0101  
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/11 | | To Account #9200******4566 | Transfer for Final Distribution | 9999-000 | | 10,967.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **11,006.58** | **11,006.58** | **$0.00** |
| | | | Less: Bank Transfers | | 10,052.65 | 10,967.28 | |
| | | | **Subtotal** | | **953.93** | **39.30** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$953.93** | **$39.30** | |

{} Asset reference(s)

Printed: 12/07/2011 12:46 PM    V.12.57

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-70911 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | BALDERAS, ERNESTO, JR | | Bank Name: | The Bank of New York Mellon |
| | BALDERAS, VERONICA | | Account: | 9200-******45-66 - Checking Account |
| Taxpayer ID #: | **-***0101 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 12/07/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/11 | | From Account #9200******4565 | Transfer for Final Distribution | 9999-000 | 10,967.28 | | 10,967.28 |
| 09/29/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,851.29, Trustee Compensation; Reference: | 2100-000 | | 1,851.29 | 9,115.99 |
| 09/29/11 | 102 | PYOD LLC assignee of Citibank | Distribution paid 45.35% on $2,447.22; Claim# 4; Filed: $2,447.22; Reference: 6119 | 7100-000 | | 1,109.85 | 8,006.14 |
| 09/29/11 | 103 | LVNV Funding LLC | Distribution paid 45.35% on $1,041.23; Claim# 5; Filed: $1,041.23; Reference: 2183 | 7100-000 | | 472.21 | 7,533.93 |
| 09/29/11 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,866.26 | 1,667.67 |
| | | | Dividend paid 100.00%    5,815.25 on $5,815.25; Claim# ATTY; Filed: $5,815.25 | 3110-000 | | | 1,667.67 |
| | | | Dividend paid 100.00%    51.01 on $51.01; Claim# EXP; Filed: $51.01 | 3120-000 | | | 1,667.67 |
| 09/29/11 | 105 | Roundup Funding, LLC | Combined Check for Claims#2,3 | | | 1,667.67 | 0.00 |
| | | | Dividend paid 45.35%    685.74 on $1,512.05; Claim# 2; Filed: $1,512.05; Reference: N601 | 7100-000 | | | 0.00 |
| | | | Dividend paid 45.35%    981.93 on $2,165.16; Claim# 3; Filed: $2,165.16; Reference: 6235 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 10,967.28 | 10,967.28 | $0.00 |
| | | | Less: Bank Transfers | | 10,967.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,967.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,967.28 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****45-65 | 10,059.13 | 6.48 | 0.00 |
| MMA # 9200-******45-65 | 953.93 | 39.30 | 0.00 |
| Checking # 9200-******45-66 | 0.00 | 10,967.28 | 0.00 |
| | $11,013.06 | $11,013.06 | $0.00 |

{} Asset reference(s)